Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorney for Defendant
NEW LINE PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GEORGE M CHURCHILL (formerly Mark Kanter), KATHERINE KANTER, (Deceased),<br><br>                    Plaintiffs,<br><br>        v.<br><br>WARNER BROS, NEW LINE CINEMA, PLAN B ENTERTAINMENT, JENNIFER ANISTON, BRAD PITT, THE WRITERS NETWORK COMPETITION (TWN), SARAH KELLY, UNITED STATES CONGRESS, U.S. COPYRIGHT OFFICE, SHIRA PERLMUTTER, THE WRITERS GUILD OF AMERICA UNION (WGA), and FADE IN ONLINE MAGAZINE INC.,<br><br>                    Defendants. | Case No. 2:24-cv-02030 HDV (PDx)<br><br>**DEFENDANT NEW LINE PRODUCTIONS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Date:    May 9, 2024<br>Time:    10:00 a.m.<br><br>Courtroom of the Honorable<br>Hernán D. Vera<br>United States District Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 9, 2024, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 5B of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California, defendant New Line Productions, Inc. ("New Line"), erroneously sued as New Line Cinema, will and hereby does move the above-entitled Court, the Honorable Hernán D. Vera, United States District Judge presiding, for an Order dismissing plaintiffs George M Churchill (formerly Mark Kanter) and Katherine Kanter (deceased)'s ("Plaintiffs") Complaint.

This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1.      While the Complaint fails to identify any particular causes of action, Plaintiffs appear to assert a claim for copyright infringement.  Plaintiffs' copyright infringement claim fails as a matter of law because:

      a.      Plaintiffs have failed to allege a valid copyright registration for their screenplay titled "Century Ever After" (the "Screenplay") as required under 17 U.S.C. § 411;

      b.      Plaintiffs have not and cannot establish that the film *The Time Traveler's Wife* unlawfully appropriates their Screenplay because the works allegedly share only a general idea for a story, which is not protectable by copyright;

      c.      Plaintiffs have not and cannot establish that *The Time Traveler's Wife* copied their Screenplay because Plaintiffs fail to allege that any defendant purportedly associated with *The Time Traveler's Wife* had access to Plaintiffs' Screenplay, and furthermore, *The Time Traveler's Wife* is based on a preexisting book and was nearly complete by the time Mr. Churchill allegedly submitted the Screenplay to "the TWN Competition," *compare* Compl., Doc. 1-1 at 3 *with id.* at 12; and

2

d.  Plaintiffs' infringement claim is barred by the applicable statute of limitations because Plaintiffs have failed to allege acts of infringement occurring within the past three years;

2.  To the extent Plaintiffs assert a claim for violation of moral rights, that claim should be dismissed because authors of literary works, like the Screenplay here, have no moral rights under U.S. law;

3.  To the extent Plaintiffs assert a claim for breach of contract, that claim also should be dismissed because:

a.  Plaintiffs do not allege the existence of an express contract with any defendant;

b.  Plaintiffs fail to plausibly allege a claim for breach of implied in fact contract; and

c.  Plaintiffs' purported contract claim is time-barred by the applicable statute of limitations; and

4.  Plaintiff Katherine Kanter must be dismissed from this action because she is deceased and accordingly lacks standing under Article III of the United States Constitution, as well as capacity to sue.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Eric H. Lamm and Exhibits A-D, and [*Proposed*] Order, the pleadings and papers on file in this action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the Motion.

As explained in the accompanying Declaration of Eric H. Lamm, the undersigned counsel for New Line repeatedly attempted to contact Mr. Churchill by telephone and email to request a pre-filing conference pursuant to Local Rule 7-3. *See* Lamm Decl. ¶¶ 6-9 (detailing attempts to contact Mr. Churchill by telephone and email on March 8, 11, 13, and 18, 2024). Mr. Churchill has not responded to any of

these calls and emails as of this filing.  For that reason, New Line was unable to hold the Local Rule 7-3 conference for this Motion.  New Line has nevertheless filed this Motion to comply with the time limits prescribed in Federal Rule of Civil Procedure 81(c)(2)(C) (a defendant "must answer or present other defenses or objections under these rules … 7 days after the notice of removal is filed").


Dated: March 20, 2024

_____
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorney for Defendant
NEW LINE PRODUCTIONS, INC.

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine, LLP, 24th Floor, 865 South Figueroa Street, Los Angeles, California  90017-2566.

On March 20, 2024, I served the following document(s):

**DEFENDANT NEW LINE PRODUCTIONS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)**

by placing a **true and correct copy** in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

George M. Churchill

Hot Script Studios

1014 Broadway Ave 585

Santa Monica, CA 90401

☒ (VIA U.S. MAIL) - I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service.  I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed on March 20, 2024, at Portland, Oregon.



Samantha Ho

Print Name

Signature